NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JACKIE KEENE,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2023-2407

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-3553, Judge Scott Laurer.

---

**JUDGMENT**

---

THOMAS E.F. STRONG, Veterans Legal Advocacy Group, Arlington, VA, argued for claimant-appellant.  Also represented by HAROLD HAMILTON HOFFMAN, III.

MARTIN F. HOCKEY, JR., Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee.  Also represented by BRIAN M. BOYNTON, ELIZABETH MARIE HOSFORD, PATRICIA M. MCCARTHY; CHRISTOPHER O. ADELOYE, BRIAN

D. GRIFFIN, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 9, 2025
Date

Jarrett B. Perlow
Clerk of Court